UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAY 20 P 3: 40
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| BETHLEHEM CHRISTIAN FELLOWSHIP, ET AL., | |
| Plaintiffs, | |
| v. | CASE NO. 3:01CV1833(RNC) |
| TOWN OF MORRIS, ET AL., | |
| Defendants. | |

### ORDER

Pursuant to the tailored scheduling order of September 11, 2003, a joint trial memorandum was due to be filed on or before November 14, 2003. Accordingly, it is hereby ordered that the joint trial memorandum be filed on or before June 21, 2004, together with a memorandum explaining why it was not filed in a timely manner.

So ordered.

Dated at Hartford, Connecticut this 20 day of May 2004.

Robert N. Chatigny
United States District Judge