UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BETHLEHEM CHRISTIAN FELLOWSHIP, INC., ET AL | : | CIVIL ACTION NO. 3:01CV1833(RNC) |
| VS. | : | |
| TOWN OF MORRIS, ET AL | : | JUNE 21, 2004 |

**JOINT MEMORANDUM TO THE COURT**
**RE: LATE FILING OF JOINT TRIAL MEMORANDUM**

The plaintiffs, Bethlehem Christian Fellowship, Inc., et al., and the defendants, Town of Morris, et al. hereby submit this memorandum in compliance with the Court's May 20, 2004 order to provide an explanation as to why the parties joint memorandum was not filed in accordance with the scheduling order established on September 17, 2003.

Magistrate Judge Martinez granted a joint motion to amend the case management plan to enable the parties to complete discovery by October 12, 2003. At that time, the plaintiffs were endeavoring to schedule and conduct depositions of several existing or former officials of the Town of Morris. A number of scheduling conflicts arose regarding those depositions. Counsel for the parties agreed to work collaboratively in completing that discovery. A motion to request additional amendments to the scheduling order to enable those depositions to occur after January 1, 2004 was prepared but, by oversight, was not filed with the Court.

1

Depositions of the final three fact witnesses were scheduled on January 9, 2004. Although two of those depositions went forward, the third deposition of the former Town of Morris Zoning Enforcement Officer, Robert McNamara, was postponed. Although counsel for the parties believed that the date for Mr. McNamara's deposition had to be previously agreed upon, Mr. McNamara suggested that he had not agreed to that date. The undersigned counsel engaged in several telephone conferences in an effort to obtain an agreed upon deposition date for Mr. McNamara. Finally, counsel agreed that Mr. McNamara should be formally subpoenaed. His deposition will be completed next week.

In addition to facing scheduling conflicts, the parties delayed scheduling several witnesses while they discussed the possibility of reaching a resolution of the pending issues in this case. As a result of November elections, a newly elected First Selectman assumed office at the beginning of this year. The time necessary to brief the selectman on history and status of the case and the time devoted to discuss possible resolution of the claims of the plaintiffs resulted in some of the delay in proceeding to the completion of discovery.

A Joint Trial Memorandum has been submitted, and discovery in this case will be completed next Monday, June 28, 2004. The parties have worked collaboratively with respect to discovery scheduling and to prepare this case for trial readiness. They jointly request that the Court accept this explanation and excuse their oversight in failure to obtain amendments to the scheduling order to enable them to complete discovery in

undertake settlement discussion during the first half of this year.

    Respectfully submitted,

PLAINTIFFS,                                                         DEFENDANTS

BY _____                BY_____
    Kenneth R. Slater, Jr.                                         Steven E. Byrne
    HALLORAN & SAGE LLP                                    BYRNE & BYRNE
    Fed. Bar #ct09451                                                Fed. Bar #ct10267
    One Goodwin Square                                           790 Farmington Avenue
    225 Asylum Street                                                Building 2B
    Hartford, CT 06103                                              Farmington, CT 06032
    Tel.  (860) 522-6103                                            Tel.  (860) 677-7355

**CERTIFICATION**

This is to certify that on this 21st day of June, 2004, I hereby mailed a copy of the foregoing to:

Steven E. Byrne, Esq.
Byrne & Byrne
790 Farmington Avenue
Building 2B
Farmington, CT 06032-2318

_____
Kenneth R. Slater, Jr.

563564_1.DOC

4