UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUL -1 P 3: 35
U.S. DISTRICT COURT
HARTFORD, CT.

BETHLEHEM CHRISTIAN FELLOWSHIP, :
INC., ET AL., :
 :
    Plaintiffs, :
 :
V. : CASE NO. 3:01CV1833 (RNC)
 :
TOWN OF MORRIS, ET AL., :
 :
    Defendants. :

ORDER

This action is ready for a bench trial. The trial is hereby scheduled to begin Monday, August 2, 2004, at 9 a.m. in Courtroom 3-Annex.

So ordered.

Dated at Hartford, Connecticut this _30_ day of June 2004.

                                        Robert N. Chatigny
                                    United States District Judge